IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNON D.F. ROBBINS,** | : | CIVIL ACTION NO. 1:23-CV-276 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JOHN E. WETZEL,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 8th day of May, 2023, upon review of plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 11) to correct clerical mistakes is GRANTED.

2. Plaintiff's amended complaint (Doc. 4) is DISMISSED with prejudice as untimely.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania